# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2096
LT Case No. 2010-CF-001745-A

_____

CHARLES R. SOUTHERN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Charles R. Southern, Miami, pro se.

Ashley Moody, Attorney General, and Robert Charles Lee, Assistant Attorney General, Tallahassee, for Appellee.

November 21, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____